■ In the Matter of CORNELL ALSTON, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent. [790 NYS2d 319]—Appeal from a judgment of the Supreme Court (Kavanagh, J.), entered July 19, 2004 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

Since the September 3, 2003 determination giving rise to this CPLR article 78 proceeding, petitioner has reappeared before the Board of Parole and his request for parole release has again been denied. Given petitioner's subsequent reappearance before the Board in January 2005, the instant matter must be dismissed as moot (*see Matter of Baez v Travis*, 10 AD3d 778 [2004], *lv denied* 4 NY3d 702 [2004]).

Cardona, P.J., Crew III, Carpinello, Mugglin and Rose, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.